IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:07-950 |
| | ) | 18 U.S.C. § 1030(a)(5)(A)(i) |
| v. | ) | 18 U.S.C. § 1030(c)(4)(A) |
| | ) | 18 U.S.C. § 1001 |
| | ) | |
| RANDALL SCOTT FOSTER | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

Between on or about September 23, 2004, and September 26, 2004, in the District of South Carolina, RANDALL SCOTT FOSTER knowingly did cause the transmission of a program, information, code and command, and as a result of such conduct, did intentionally, and without authorization cause damage without authorization to a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2), and by such conduct did cause loss to one or more persons during a one-year period aggregating at least $5,000;

In violation of Title 18, United States Code, Sections 1030(a)(5)(A)(i) and 1030(c)(4)(A).

COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about September 9, 2005, in the District of South Carolina, RANDALL SCOTT FOSTER, in a matter within the jurisdiction of the executive branch of the government of the United States, knowingly and willfully did make a materially false, fictitious, and fraudulent statement and representation in that he did falsely state to an agent of the Federal Bureau of Investigation who was conducting an investigation into a computer intrusion that he had not accessed the computer system of his prior employer after having been fired from employment with that entity;

In violation of Title 18, United States Code, Section 1001.

A   TRUE   BILL

s/Foreperson
FOREPERSON

s/Reginald I. Lloyd
REGINALD I. LLOYD (DAE)
UNITED STATES ATTORNEY